**EXHIBIT 1**



*Science* **ABC**

Phys

Che

Biol

Engi

Math

Soci
Scie

Vide

Abou
Us

Home » Technology

# How Does A Temperature Gun (Infrared Thermometer) Work?

Written By Piyush Patel    Last Updated On: 19 Oct 2023    Published On: 13 May 2020

▶ Table of Contents (click to expand)

> ❝ *A temperature gun—a type of infrared thermometer—works by measuring the amount of infrared radiation emitted by an object. The emitted IR radiation is focused onto a thermopile using a lens; the thermopile then converts thermal energy into electrical energy, and finally, these electrical signals are used to determine the temperature of the body.*

If you were to head outside right now (though in most parts of the world, you really shouldn't), chances are high that you will be held at gunpoint. Don't worry, contrary to other times, this gun might help you survive!

A temperature gun, also known as a laser or non-contact thermometer, is an infrared thermometer that measures the temperature of an object from a certain distance. Originally meant to measure the temperature of moving objects and inaccessible surfaces, temperature guns have found

*Science* **ABC**                                                                    🔍    Phys

Che

Biol

Engi

Matl

Soci
Scie

ubiquitous.



Temperature guns allow for faster and more secure temperature checks. (Photo Credit : JETACOM

AUTOFOCUS/Shutterstock)

Temperature guns are being utilized at airports to screen passengers,
by shopkeepers to check incoming customers, in driveways, and every
other possible area, but how do these guns work? Aren't we supposed
to stick a thermometer under our armpits or insert it beneath our
tongues to measure our body temperature?

Well, not anymore!

**Recommended Video for you:**

Phys

Che

Biol

Engi

Math

Soci
Scie

Vide

Abo
Us

What is Blackbody Radiation: Explained in Simple Terms

# Black Body Radiation

**Infrared thermometers take advantage of the fact that all objects, including humans, at a temperature above absolute zero, emit heat in the form of thermal radiation. This is a concept known as black body radiation.**

*Science***ABC**                                                    🔍    Phys

Che

Biol

Engi

Matl

Soci
Scie

Vide

Abou
Us

Fahrenheit) is the lowest possible temperature an object can attain and also a point where atoms exhibit strange and exotic behavior. However, at any temperature above absolute zero, atoms are in a constant state of motion and possess kinetic energy. The higher the temperature, the more kinetic energy the atoms/molecules possess. When the electrons in these excited atoms jump from one orbit (energy state) to another or when two excited molecules collide, energy in the form of electromagnetic radiation is emitted. This kind of electromagnetic radiation, emitted solely by the kinetic energy and movement of particles in matter, is classified as **thermal radiation.**

Being a subset of electromagnetic radiation, thermal radiation comprise more than a single wavelength. It includes radio waves, infrared waves, and visible light. The type of thermal radiation emitted depends on the source temperature. As mentioned earlier, the higher the temperature, the faster the molecules move, so the greater the amount of radiation emitted. At high enough temperatures, objects start radiating visible light.

The sun, for example, resides at a temperature close to 5,600 Celsius and emits most of its thermal radiation as visible light. Humans and all animals, on the other hand, emit infrared radiation that lies just beneath visible light in the electromagnetic spectrum.

*Science***ABC**



A thermal map of the human body created based on infrared radiation. (Photo Credit : PATARA/ Shutterstock)

# Stefan-Boltzmann Law

The knowledge of infrared radiation being emitted by humans and animals has mostly been employed for thermal imaging. An infrared thermometer takes this a step further and puts a number to the amount of thermal radiation given off. IR thermometers do this by employing the Stefan-Boltzmann law.

*Science*ABC

unit time by a black body is proportional to the fourth power of its absolute temperature'.

Mathematically,

$E \propto T^4$

Here, E is the radiant energy emitted per unit area per unit time and T is the absolute temperature of the object.

Upon removing the sign of proportionality, a constant term known as the Stefan–Boltzmann constant ($\sigma = 5.67 \times 10^{-8}$ Wm$^{-2}$K$^{-4}$) gets added to the formula.

$E = \sigma T^4$

The above equation relates radiant energy to the temperature of a black body, a body/object that absorbs all radiation incident at it. However, a perfect black body doesn't exist yet (although Vantablack comes pretty close), so the above equation must be adjusted for all other regular objects.

$E = e\sigma T^4$

The formula is modified by adding a term called emissivity (e). This is the ratio of radiant energy emitted by a regular surface to the radiant energy emitted by a black body surface at the same temperature. Emissivity values range from 0 to 1. An emissivity of 1 represents a perfect black body and 0 represents a perfect reflector. Human skin has an emissivity value between 0.97 and 0.99! (Source)

*Science* **ABC**

🔍    Phys

Che

Biol

Engi

Math

Soci
Scie

Vide

Abo
Us

# How A Temperature Gun Works

A typical infrared thermometer has the following parts—a laser, a
converging lens, an IR sensor (thermopile), an ambient/reference
temperature sensor, an amplifier, and other electronic components to
convert and display the results in numeric values.



Components of an infrared thermometer

When you point the temperature gun at something or someone and
shoot, a laser is discharged from the thermometer. The laser, however,
doesn't have any functional use, nor is it the thing that actually

Science**ABC**                                                    🔍    Phys

Che

Biok

pin-point aim at the object to be measured.                              Engi

Infrared radiation, like visible light, can be reflected, absorbed, and   Matl
concentrated. Thus, IR radiation emitted by an object or a human is first
focused onto the thermopile inside the temperature gun using a           Soci
converging (convex) lens. Next is a thermopile, an electronic device tha  Scie
converts thermal energy into electrical energy. The thermopile is made
by stacking several thermocouples in either a series or parallel          Vide
configuration.
                                                                         Abo
The temperature of the thermopile increases with the amount of           Us
radiation incident on it. However, the opposite side (the one facing the
other side of the gun) of the thermopile stays at a slightly lower
temperature, as infrared radiation is not directly incident on it. This
difference in temperature leads to the development of a voltage
difference, and thus electricity (thermoelectric effect). The electrical
reading is then amplified using an amplifier.

Ultimately, the electrical reading is passed through to a typical data
acquisition circuit and the final temperature reading is displayed on an
LED panel in Celsius or Kelvin.

An ambient sensor present near the thermopile helps compensate for
any thermal radiation entering the temperature gun from the atmosphere
itself.

An optical chopper is another component that is often incorporated in
temperature guns. An electric motor drives the optical chopper and
helps the thermopile receive radiation on two different wavelengths.
They also consist of various emissivity settings to help check the

Case 1:24-cv-00128-TNM   Document 13-1   Filed 03/11/24   Page 10 of 14

*Science*ABC

Q   Phys

Che

Biol

Engi

Math

Soci
Scie

Vide

Abou
Us

based on their distance-to-spot ratios (D:S) and, obviously, this number represents the ratio of the size of the spot/area being measured to the distance of the thermometer from the spot. The greater the D:S ratio, th greater the range and accuracy of the IR thermometer.

---

**Also Read: <u>What Is Blackbody Radiation?</u>**

---

# Temperature Guns Applications

A temperature gun finds extensive use in various industries. It is primarily used by firefighters to check for hot spots while extinguishing a fire, in manufacturing and electronic industries to monitor machine temperatures, the performance of heating/cooling systems, insulation systems, car engines, inspecting electric panels and other temperature-sensitive electric parts, etc. An IR thermometer can also be used to ensure food safety by monitoring heater/oven temperature and food temperature, as well as in agriculture to monitor plant and soil temperature, among other things.

The most important application of a temperature gun in recent times has been for public safety. Temperature guns allow for easier, faster, and more secure temperature checks of a greater number of people in places like airports. They have previously been employed to check travelers for fever during epidemic events like Ebola and SARS. Now, the technology is being used to verify potential cases of COVID-19.

*Science*ABC

Phys

Che

Biol

Engi

Matl

Soci
Scie

Vide

Abo
Us

Temperature checks have become an indispensable part of everyone's travel experience. (Photo

Credit : VectorMine/Shutterstock)

Using a temperature gun reduces the risk of cross-contamination and spreading disease due to its non-contact approach. Also, the temperature readings are obtained at a much quicker pace than traditional methods. However, a temperature gun should only be used to screen patients, not diagnose them.

The temperature reading displayed by an IR thermometer is affected by a variety of factors. This includes how and where the IR thermometer is used and its calibration. Important points to consider include positioning of the laser on the forehead, ensuring the body and forehead temperature hasn't been influenced due to excessive clothing or use of

Case 1:24-cv-00128-TNM    Document 13-1    Filed 03/11/24    Page 12 of 14

*Science***ABC**                                                    🔍    Phy:

Che

Biol

Engi

Matl

Soci
Scie

Vide

Abo
Us

not take readings in direct sunlight).

While the accuracy of temperature guns has always been up for debate given the current scenario (the volume of temperature measurements, the number of bodies to be screened, and the high risk of contamination), the use of a slightly inaccurate but non-invasive technology like a temperature gun over more accurate but invasive methods seems essential!

> ▶ References (click to expand)

Tags: Black body, Electromagnetic radiation, Infrared, Physics, Temperature

---

**About the Author**

Piyush is a mechanical engineer from Mumbai (India) who runs as much as his machines. He'll always be up to talk about comics, movies, and music. Will meet you annually at the comic-con and daily at the gym.

**More from this author.**

## Related Posts

*Science***ABC**                                                        🔍    Phys

Che

Biol

Engi

Math

Soci
Scie

Vide

Abo
Us



Used in
Thermometers?

📅 June 24, 2018    🏷️

Chemistry

Temperature And
How Is It Measured?

📅 August 4, 2019    🏷️

Physics

Counter And How
Does It Work?

📅 October 7, 2017    🏷️

Physics

Is There A Limit To
How Hot An Object
Can Get?

📅 January 18, 2017    🏷️

Physics

If Heat Cannot
Travel Through A
Vacuum, Why Does
The Sun Feel Hot?

📅 October 11, 2016    🏷️

Physics

What Is The
Temperature In
Outer Space?

📅 January 7, 2016    🏷️

Astrophysics

## Related Videos



How Does
Temperature
Regulation In An
Electric Iron Work?

Molar Heat
Capacity: Definition,
Formula, Equation
Explained in Simple

How Igloos Turn
Snow into Toasty
Havens

*Science ABC*

🔍   Phys

Che

Biol

Engi

Matl

📅 January 10, 2024







What is the Heisenberg Uncertainty Principle: Explained in Simple Words

📅 November 25, 2020

How Do We Know Temperatures from Thousands of Years Ago?

📅 October 9, 2023

Feels Like Temperature: What It Really Means and How It's Calculated

📅 November 10, 2023

Soci
Scie

Vide

Abo
Us

ScienceABC participates in the Amazon Associates Program, affiliate advertising program designed to provide a means for sites to earn commissions by linking to Amazon. This means that whenever you buy a product on Amazon from a link on here, we get a small percentage of its price. That helps support ScienceABC with some money to maintain the site. Amazon and the Amazon logo are trademarks of Amazon.com, Inc. or its affiliates.

Science ABC Copyright © 2024.

⌃

About Us  |  Publishing Policy  |  Privacy Policy  |  Terms of Use  |  Contact Us